IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

```
                                        FILED
                                U.S. DISTRICT COURT
                                DISTRICT OF COLORADO

                                2023 DEC 14  PM 2: 42

                                JEFFREY P. COLWELL
                                        CLERK

                                BY_____ DEP. CLK
```

Civil Action No. _____
(To be supplied by the court)

KERI LYNN VIEGAS   the individual,       )
JAMES VIEGAS       the individual,       )
                                         )
            Plaintiffs                   )
                                         )
      v.                                 )
                                         )
                                         )   **Trial by Jury requested:**
                                         )   (please check one)
                                         )   _x_ Yes ___ No
                                         )
                                         )
THOMAS K. KANE, CHUCK BROERMAN,          )
SCOTT D. TOEBBEN, ARICYN DALL,           )
MATRIX FINANCIAL SERVICES                )
CORPORATION, ROUNDPOINT MORTGAGE         )
SERVICING LLC, MORTGAGE ELECTRONIC       )
REGISTRATION SYSTE AKA "MERS",           )

            Defendant(s).

# COMPLAINT

> **NOTICE**
>
> Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.
>
> **Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

## A. PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

keri lynn viegas c/o 17 S. Sherwood Glen Monument, Colorado [80132]
(Name and complete mailing address)

719-229-9825  keriviegas@yahoo.com
(Telephone number and e-mail address)

james viegas c/o 17 S. Sherwood Glen Monument, Colorado [80132]
(Name and complete mailing address)

719-229-9824  jimviegas@yahoo.com
(Telephone number and e-mail address)

## B. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:    THOMAS K. KANE        270 S. Tejon St., Colorado Springs, CO 80903
(Name and complete mailing address)

719-452-5000        thomas.kane@judicial.state.co.us
(Telephone number and e-mail address if known)

2

B.  **DEFENDANT(S) INFORMATION**

Defendant 2: CHUCK BROERMAN    1675 Garden of the Gods Rd, Ste 2100 Colorado Springs, CO 80907
(Name and complete mailing address)

719-520-6780    chuckbroerman@elpasoco.com
(Telephone number and e-mail address if known)

Defendant 3: SCOTT D. TOEBBEN    Randall S. Miller & Associates, P.C.-CO
216 16th Street, Suite 1210
Denver, CO 80202
(Name and complete mailing address)

720-259-6710    stoebben@rsmalaw.com
(Telephone number and e-mail address if known)

Defendant 4: ARICYN DALL    Randall S. Miller & Associates, P.C.-CO
216 16th Street, Suite 1210
Denver, CO 80202
(Name and complete mailing address)

720-259-6710    adall@rsmalaw.com
(Telephone number and e-mail address if known)

Defendant 5: MATRIX FINANCIAL SERVICES CORPORATION
1601 UTICA AVE S.    SUITE 900
ST LOUIS PARK MN 55416
(Name and complete mailing address)

866-227-1186
(Telephone number and e-mail address if known)

Defendant 6: ROUNDPOINT MORTGAGE SERVICING LLC
446 WrenPlace Road    Fort Mill, SC 29715
(Name and complete mailing address)

303-920-4763
(Telephone number and e-mail address if known)

Defendant 7: MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC.
GenPact MERS Mailroom
11819 Miami St., Suite 100  Omaha, NE 68164
(Name and complete mailing address)

888-697-MERS
(Telephone number and e-mail address if known)

## C.   JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

__X__   Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

TITLE 15 USC 1692E
TITLE 15 USC 3
TITLE 15 USC 78 ff
TITLE 18 USC 3571, 28 USC 3002(15)
TITLE 18 USC 241, 242
TITLE 18 USC 47
TITLE 18 USC 474
TITLE 18 USC 1512
TITLE 18 USC 1621
TITLE 18 USC 1961
TITLE 42 USC 1983cv -    42:1983 Civil Rights Act
TITLE 42 USC 1985
TITLE 8 USC 1182(f)
TITLE 28 USC 453

Executive Order 13818 on Human Trafficking
HOBBS ACT 1946
4TH and 5th Amendments

## D.   STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

**CLAIM:**   The plaintiffs are stating a claim and asking for relief that Defendants 1-7 colluded to deprive the plaintiffs their due process according to the 4th and 5th Amendment rights regarding CASE 2023CV31029 in El Paso County Colorado. Defendants colluded to take private land patented freehold property with a fraudulent security instrument forcing plaintiff's mental anguish and distress thus violating several Title 15 and 18 US Codes.

4

### D.    STATEMENT OF CLAIM(S) (continued)

There is undisputable proof of this claim with a Chain of Title Analysis by a licensed private investigator in which data regarding security instruments provided in CASE 2023CV31029 proves there was unjust cause to bring a foreclosure action. The data contains confidential commercial information.

The Process regarding private freehold property began March 2022 and continues currently with threats by letter to sale property without any proof of claim. With this came phone calls, letters, emails by strangers harassing plaintiffs about the private land patented freehold property. Posting private information in the local newspaper led to more mental anguish and violation of the plaintiffs' civil rights. People continually drive by making the plaintiffs not secure in their property afforded by the Constitution.

Defendant Thomas K. Kane violated civil rights in court record and violated the oath of office. A fraudulent order was signed stating there was no response when in fact there was a response filed in the court. Defendant 1 violated fiduciary duties relating to plaintiffs in an unconsented hearing scheduled for August 31, 2023 and ignored data provided to the court regarding fraud in the inducement and patent infringement. Defendant 1 is an employee of a corporation and is not immune to common laws.

Defendant Chuck Broerman was notified of falsified documents, placed personal information in the public, and ignored the oath of office.

Defendants 3 and 4 filed a notice of election based on fraudulent documents. These Defendants ignored facts regarding fraudulent claims and pursued an unlawful foreclosure without proper validation of claim. These Defendants also filed on the court record information regarding a witness not related to any contract for this private land patented freehold property.

Defendants 5, 6, and 7 provided falsified documents and never had a contract with plaintiffs. Defendants violated Title 18 USC 241, 242, 474 and 1341 by colluding to obtain property with a false claim and a security instrument with CUSIP # 3136ATHK3 that was securitized. Defendants 5, 6, 7 violated Title 15 USC Chapter 41 § 1641(g) and Title 18 USC Chapter 47 § 1021. A Chain of Title Analysis was performed by a licensed private investigator proving defendants had no claim to file a foreclosure action.

All defendants violated Title 18 USC 241 and 242. Each defendant has injured plaintiffs' by violating Title 42 USC 1983 – Civil Rights Act. The plaintiffs are the beneficiary claimants and command equitable remedy.

5

### E.  REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

The Transgression/Damages fee schedule recorded in El Paso County contains amounts for each violation of rights.

Each defendant shall pay $2,000,000 each to each plaintiff for damages for a total of $28,000,000. The plaintiffs reserve the right to amend the amount of relief based upon additional occurrences of transgressions.

Defendants 5, 6 and 7 shall return all monies from the security instrument, extinguish the Deed of Trust from the property, and a Quiet Title shall be provided.

### F.  PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**For Parties Without an Attorney**

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

6

**Date of signing:** December 14, 2023

_____

By: keri lynn viegas

_____

By: james viegas