IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-03291-PAB-MDB

KERI LYNN VIEGAS, the individual, and
JAMES VIEGAS, the individual,

    Plaintiffs,

v.

THOMAS K. KANE,
CHUCK BROERMAN,
SCOTT D. TOEBBEN,
ARICYN DALL,
MATRIX FINANCIAL SERVICES CORPORATION,
ROUNDPOINT MORTGAGE SERVICING LLC, and
MORTGAGE ELECTRONIC REGISTRATION SYSTEM, a/k/a "MERS,"

    Defendants.

## FINAL JUDGMENT

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order Accepting Magistrate Judge's Recommendation [Docket No. 42] of Chief United States District Judge Philip A. Brimmer entered on September 10, 2024, it is

    ORDERED that the Recommendation of United States Magistrate Judge [Docket No. 38] is ACCEPTED.  It is further

    ORDERED that the Motion to Dismiss Complaint [Docket No. 9] is GRANTED in part.  It is further

2

ORDERED that the Motion to Dismiss Defendants Scott D. Toebben and Aricyn Dall [Docket No. 18] is GRANTED. It is further

ORDERED that Defendant Broerman's Motion to Dismiss under Fed. R. Civ. P. 12(b)(6) [Docket No. 27] is GRANTED. It is further

ORDERED that Kane's Motion to Dismiss [Docket No. 32] is GRANTED. It is further

ORDERED that plaintiffs' Fourth and Fifth Amendment claims against Judge Kane are DISMISSED without prejudice. It is further

ORDERED that all other claims are DISMISSED with prejudice. It is further

ORDERED that judgment shall enter in favor of defendants and against plaintiffs. It is further

ORDERED that defendants are awarded their costs, to be taxed by the Clerk of the Court, pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1. It is further

ORDERED that this case is closed.


Dated: September 10, 2024.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By: _s/ S. Grimm_____
      Deputy Clerk